**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
LOSCHIAVO-CARUSO, SHEILA M.

Case No.: 16-28449  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

### NOTICE OF PROPOSED ABANDONMENT

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on December 20, 2016 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 109 John James Audubon Way, Marlton, NJ 08053-00 | $595,000.00 | $566,575.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:         /s/ Thomas J. Subranni  
Address:      1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                              Case No. 16-28449-ABA
Sheila M. Loschiavo-Caruso                                          Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin               Page 1 of 2               Date Rcvd: Nov 17, 2016
                               Form ID: pdf905           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
db             +Sheila M. Loschiavo-Caruso,    28 Red Fox Trail,    Sicklerville, NJ 08081-3708
cr             +QUICKEN LOANS INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516415568      +AMCOL Systems, Inc.,    Amcol Systems, Inc.,    Po Box 21625,    Columbia, SC 29221-1625
516415567      +AMCOL Systems, Inc.,    Po Box 21625,    Columbia, SC 29221-1625
516415569      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516415571      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516415573      +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
                 Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
516415574     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516415575      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516415577      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516415576      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516415586      +JMA Landscaping,    2400 Egg Harbor Rd,    Lindenwold, NJ 08021-1431
516415585      +JMA Landscaping,    327 Lincoln Ave,    West Berlin, NJ 08091-1209
516415587      +KML Law Group, PC,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
516415588      +KML Law Group, PC,    701 Market Street, #5000,    Philadelphia, PA 19106-1541
516415591      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516415592      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516415593      +Mt. Laurel Animal Hospital,    220 Mt. Laurel Rd,    Mount Laurel, NJ 08054-9568
516415594       Quicken Loans,    P.O. Box 830913,    Birmingham, AL 35283-0913
516415596     #+Stellar Recovery Inc,    1327 Hwy 2 W,    Kalispell, MT 59901-3413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2016 23:17:49     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2016 23:17:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516415578       E-mail/Text: mrdiscen@discover.com Nov 17 2016 23:16:54     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516415579      +E-mail/Text: mrdiscen@discover.com Nov 17 2016 23:16:54     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516415580      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 17 2016 23:18:32     Diversified Consultant,
                 P O Box 551268,   Jacksonville, FL 32255-1268
516415581      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 17 2016 23:18:32     Diversified Consultant,
                 Dci,   Po Box 551268,   Jacksonville, FL 32255-1268
516415584       E-mail/Text: cio.bncmail@irs.gov Nov 17 2016 23:17:17     IRS,   1040 Waverly Drive,
                 Holtsville, NY 00501
516415589      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 17 2016 23:17:08     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516415590      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 17 2016 23:17:08     Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
516415595      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 17 2016 23:18:14     Quicken Loans Inc.,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
516418010       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 23:16:17     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516415597      +E-mail/Text: bankruptcy@td.com Nov 17 2016 23:17:51     TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04240-7799
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516415598       The Sanctuary HOA
516415572*     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516415570*     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516415582*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
516415583*      IRS,   Attn: Special Procedures,    P.O. Box 744,    Springfield, NJ 07081-0744
                                                                                     TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Nov 17, 2016
                              Form ID: pdf905            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee   Abt    on behalf of Debtor Sheila M. Loschiavo-Caruso leeabt2@verizon.net
          Michael Frederick Dingerdissen    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com
          Thomas J Subranni     trustee@subranni.com,
           szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
           ons.com;hinnaurato@subranni.com
                                                                                             TOTAL: 4
```