| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for QUICKEN LOANS INC. | **Order Filed on January 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   SHEILA M. LOSCHIAVO-CARUSO A/K/A SHEILA<br>   M. LOSCHIAVO A/K/A SHEILA M. CARUSO<br>   A/K/A SHEILA CARUSO<br><br>   Debtor | Case No.: 16-28449 - ABA<br><br>Hearing Date: 01/10/2017 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 7 |

Recommended Local Form: ☐ Followed ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

..........

**DATED: January 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of QUICKEN LOANS INC., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

109 JOHN JAMES AUDUBON WAY, MARLTON, NJ 08053

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28449-ABA
Sheila M. Loschiavo-Caruso                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db             +Sheila M. Loschiavo-Caruso,    28 Red Fox Trail,    Sicklerville, NJ 08081-3708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor   QUICKEN LOANS INC. james.shay@phelanhallinan.com
      Lee Abt    on behalf of Debtor Sheila M. Loschiavo-Caruso leeabt2@verizon.net
      Michael Frederick Dingerdissen    on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com
      Thomas J Subranni    trustee@subranni.com,
       szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
       ons.com;hinnaurato@subranni.com
                                                                                    TOTAL: 5