Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16–28449–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sheila M. Loschiavo–Caruso
aka Sheila M. Loschiavo, aka Sheila M. Caruso
28 Red Fox Trail
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–0085

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 30, 2017</u>            <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court